| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DWAYNE MCQUEEN, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-14
§
TYLER COUNTY SHERIFF'S OFFICE, §
*et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Dwayne McQueen, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the claims against defendant Sheriff Bryan Weatherford without prejudice. To date, the parties have not filed objections to the report.

    The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

    Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is

    **ORDERED** that plaintiff's claims against defendant Sheriff Bryan Weatherford are **DISMISSED** without prejudice.

    SIGNED at Beaumont, Texas, this 7th day of January, 2025.

                                            */s/ Marcia A. Crone*
                                              MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE