**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DWAYNE MCQUEEN, | § § § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 9:22-CV-14 |
| TYLER COUNTY SHERIFF'S OFFICE, | § § § | |
| Defendant. | § § | |

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Dwayne McQueen, proceeding *pro se*, brought this lawsuit against the Tyler County Sheriff's Office.[1]

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the defendant's motion for summary judgment and dismissing the above-styled action as frivolous and for failing to state a claim. Additionally, the magistrate judge recommends denying plaintiff's motion for summary judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes plaintiff's objections are without merit.[2]

---

[1]    Plaintiff originally also sued the Sheriff of Tyler County. At a pretrial conference conducted on December 2, 2024, however, plaintiff dismissed his claims against Sheriff Bryan Weatherford.

[2]    Following the magistrate judge's report, plaintiff filed a motion for leave to file an amended complaint. The defendant opposes the motion. Under Rule 15, leave of court is required in this case because plaintiff did not file his motion in a timely manner. Instead, plaintiff waited until almost four years after filing his complaint to try to amend his claims. In the motion, plaintiff states he seeks to add "responsible officials," five unknown officers, as parties to this action. Plaintiff, however, has shown neither that the prospective defendants received notice of the claims within the limitations period nor that they knew or should have known that the claims would have been brought against them. Therefore, plaintiff's new claims are barred by limitations and allowing the amendment would not be in the interest of justice. Plaintiff's motion for leave to amend is denied.

**O R D E R**

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is

**ORDERED** that the defendant's motion for summary judgment is **GRANTED** and this action is **DISMISSED** as frivolous and for failing to state a claim. Additionally, it is

**ORDERED** that plaintiff's motion for summary judgment is **DENIED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 9th day of March, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE